

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

Timothy Jason Dynes and
Danielle Rene Dynes,

Plaintiff(s),

v.

United States of America,

Defendant(s).

Case No. 1:21-cv-00338-NONE-EPG



FILED
APR 13, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

 

I, Thomas P. Valet, attorney for Plaintiffs, Timothy Jason Dynes and Danielle Rene Dynes, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Rappaport Glass Levine & Zullo, LLP |
| Address: | 1355 Motor Parkway |
| City: | Islandia |
| State: | New York   ZIP Code: 11749 |
| Voice Phone: | (631) 293-2300 |
| FAX Phone: | (631) 293-2918 |
| Internet E-mail: | tvalet@rapplaw.com |

I reside in Holbrook, New York.

I was admitted to practice in the State of New York court on July 31, 1985.  I am presently in good standing and eligible to practice in said court.  A certificate of good standing from the court in my state of New York primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have <u>have not</u> concurrently or within the year preceding this application made a pro hac vice application to this court.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:        Jeanne Anne Steffin, Esq.

Firm Name:   Law Offices of Jeanne Anne Steffin

Address:     25422 Trabuco Road, Suite 105-660

City:        Lake Forest

State:       CA    ZIP Code: 92630

Voice Phone: (626) 235-1173

FAX Phone:   (626) 227-1999

E-mail:      jeanneannesteffin@gmail.com

Dated: 4/7/21            Petitioner: _____

**ORDER**

IT IS SO ORDERED.

Dated: __April 13, 2021__     /s/ Erica P. Grosjean
                              UNITED STATES MAGISTRATE JUDGE