1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TIMOTHY JASON DYNES, *et al*.,

          Plaintiffs,

    v.

UNITED STATES OF AMERICA,

          Defendant.

Case No.  1:21-cv-00338-JLT-EPG

ORDER REQUIRING PLAINTIFFS TO SHOW CAUSE AS TO WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO APPEAR AT SETTLEMENT CONFERENCE

<u>SEVEN (7) DAY DEADLINE</u>

On September 14, 2022, the Court issued an order setting a settlement conference in this matter for November 7, 2022, at 1:00 p.m. before United States Magistrate Judge Erica P. Grosjean. (ECF No. 20). The Court's order states that, "[u]nless otherwise permitted in advance by the Court, the attorneys who will try the case shall appear at the Settlement Conference." (Id. at 1). Additionally, "[a]bsent permission from the Court, in addition to counsel who will try the case being present, <u>the individual parties shall also be present</u>." (Id.) (emphasis in original).

The Court attempted to hold the settlement conference on the date and time ordered. Defense counsel appeared on behalf of the United States. Despite having notice of and an opportunity to attend, neither Plaintiffs nor Plaintiffs' counsel appeared at the settlement conference.

Therefore, the Court will order Plaintiffs to show cause why sanctions should not issue for failure to attend the settlement conference. The Court will consider whether to set a new date for

1

the conference after it receives Plaintiffs' explanation for the failure to appear.

Accordingly, IT IS HEREBY ORDERED that:

Within **seven (7) days** of service of this order, Plaintiffs shall show cause in writing why sanctions should not issue for failure to attend the settlement conference on November 7, 2022.

IT IS SO ORDERED.

Dated:   **November 7, 2022**            /s/ _Erica P. Grosjean_
                                          UNITED STATES MAGISTRATE JUDGE