1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY JASON DYNES, *et al.*, | Case No. 1:21-cv-00338-JLT-EPG |
| Plaintiffs, | ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) |
| v. | |
| UNITED STATES OF AMERICA, | (ECF No. 28). |
| Defendants. | |

On February 2, 2023, the parties filed a joint stipulation for dismissal with prejudice and with each party to bear its own attorneys' fees and costs. (ECF No. 28). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice, with each party to bear its own attorneys' fees and costs. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   __February 3, 2023__          ___/s/ Erica P. Grosjean___

UNITED STATES MAGISTRATE JUDGE

1